JUDGE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN BRALENS, <br><br> Defendant. | No. CR22-084JHC <br><br> ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

THIS COURT, having considered the facts and circumstances contained in Mr. Bralens's unopposed motion to continue trial, which are incorporated herein as findings of fact and conclusions of law, FINDS as follows:

1. This case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

2. The failure to grant a continuance would deny counsel for the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. As a result, the failure to grant a continuance of the trial date in this case would likely result in a miscarriage of justice. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by continuing the trial in this case outweighs the best interest of the public and Mr. Bralens in a speedy trial.

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE
(*U.S. v. John Bralens,* CR22-084JHC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

It is now ORDERED that the motion is granted and trial in this matter shall be continued from April 24, 2023, to September 11, 2023, and the pretrial motions deadline to June 16, 2023. IT IS FURTHER ORDERED that the period of delay from the date of this Order to the new trial date shall be excludable time pursuant to 18 U.S.C. § 3161.

DATED this 9th day of February 2023.

_____
HON. JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory T. Murphy*
Assistant Federal Public Defender
Attorney for John Bralens

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE
(*U.S. v. John Bralens,* CR22-084JHC) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100